NO. 12-09-00270-CR



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




ADRIAN MCCUIN,
§
 APPEAL FROM THE 7TH

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


THE STATE OF TEXAS,

APPELLEE
§
 SMITH COUNTY, TEXAS






MEMORANDUM OPINION


PER CURIAM


 Appellant pleaded guilty to burglary of a habitation and was sentenced to ten years of
imprisonment. We have received the trial court's certification showing that this is a plea bargain case
and Appellant has no right to appeal. See Tex. R. App. P. 25.2(d). The certification is signed by
Appellant and his counsel. Accordingly, the appeal is dismissed for want of jurisdiction.

Opinion delivered September 2, 2009.

Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.














(DO NOT PUBLISH)